1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

ANITA DAHIYA,

    Plaintiff(s),

 v.

YAHOO! INC. LONG TERM DISABILITY
PLAN, et. al.,

    Defendant(s).
              /

NO. 5:11-cv-00491-EJD

**ORDER CONTINUING CASE
MANAGEMENT CONFERENCE**

   This case is scheduled for a Case Management Conference on May 16, 2011.  On April 25,
2011, the parties submitted a Joint Case Management Statement and a Joint Stipulation to Continue
the Case Management Conference due to the unavailability of counsel and a pending mediation
currently scheduled for July 7, 2011.  (See Docket Item Nos. 14, 15).  Based on the parties'
representations in both the Joint Statement and Joint Stipulation, the Court finds good cause to
continue the Conference to allow for all counsel to be present and to provide sufficient time to
pursue settlement.

   Accordingly, the parties' request to continue the Case Management Conference is
GRANTED.  The Court CONTINUES the Case Management Conference to **August 26, 2011 at
10:00 a.m.**  On or before **August 19, 2011**, the parties shall file a Joint Case Management Statement
which includes, *inter alia*, a good faith proposed schedule as to how the case should proceed.  The

Court will set additional deadlines at or before the continued Conference based on the parties'
updated Statement.

Dated:  April 29, 2011



EDWARD J. DAVILA
United States District Judge

**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2

**United States District Court**
For the Northern District of California

1   **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2   Melissa Michelle Cowan mcowan@bwslaw.com
    Kristin Paige Kyle de Bautista kkyledebautista@bwslaw.com
3   Melvyn David Silver MDSRST@cs.com
    Ruth Silver TaubeMDSRST@cs.com
4
    **Dated:  April 29, 2011**                    **Richard W. Wieking, Clerk**
5

6                                                 **By:   /s/ EJD Chambers**
                                                     **Elizabeth Garcia**
7                                                    **Courtroom Deputy**

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                    3