IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANITA DAHIYA, | No. C 11-00491 EJD |
| Plaintiff, | **ORDER TO SHOW CAUSE RE: SETTLEMENT** |
| v. | |
| YAHOO! INC. LONG TERM DISABILITY PLAN, ET AL., | |
| Defendant. | |

The parties, having filed a Notice of Settlement on **July 8, 2011** (See Docket Item No. 18), are ordered to appear before the Honorable Edward J. Davila on **August 26, 2011 at 9:00 AM** in Courtroom No. 1, 5th Floor, United States District Court, 280 South First Street, San Jose, California, 95113, to show cause why the case should not be dismissed pursuant to Federal Rule of Civil Procedure 41(b).  On or before **August 19, 2011**, the parties shall file a joint statement in response to the Order to Show Cause setting forth the status of settlement efforts as well as the amount of additional time necessary to finalize and file a dismissal.

    The Order to Show Cause shall be automatically vacated and the parties relieved of the obligation to file a joint statement if a stipulated dismissal pursuant to Federal Rule of Civil Procedure 41(a) is filed on or before **August 19, 2011.**

    All other pretrial deadlines and hearing dates are vacated.

//

//

Failure to comply with any part of this Order will be deemed sufficient grounds to dismiss the action.

**IT IS SO ORDERED.**

Dated: July 11, 2011

EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Melissa Michelle Cowan mcowan@bwslaw.com
Kristin Paige Kyle de Bautista kkyledebautista@bwslaw.com
Melvyn David Silver MDSRST@cs.com
Ruth Silver Taube MDSRST@cs.com

**Dated: July 11, 2011**                     **Richard W. Wieking, Clerk**

                                             **By:   /s/ EJD Chambers**
                                             **Elizabeth Garcia**
                                             **Courtroom Deputy**