1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| ANITA DAHIYA, | Case No. CV 11-00491 EJD |
| Plaintiff, | (PROPOSED) ORDER RE STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE |
| v. | |
| YAHOO! INC. LONG TERM DISABILITY PLAN; THE HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, | |
| Defendants. | |
| _____ | |
| HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, | |
| Counterclaimant, | |
| v. | |
| ANITA DAHIYA, | |
| Counterdefendant. | |

/ / /

/ / /

/ / /

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4814-2391-8090 v1

- 1 -

CASE NO. CV 11-00491 EJD
(PROPOSED) ORDER RE STIP. FOR DISM.
OF ENTIRE ACTION W PREJUDICE

1 | The above-referenced action shall be dismissed in its entirety with prejudice
2 | as to all Defendants. The Counterclaim shall likewise be dismissed with prejudice.
3 | The parties are to bear their own respective attorneys' fees and costs.
4 | The Clerk shall close this file.

DATED: July 15, 2011             _____
                                 UNITED STATES DISTRICT COURT JUDGE

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4814-2391-8090 v1                 - 2 -              CASE NO. CV 11-00491 EJD
                                                         (PROPOSED) ORDER RE STIP. FOR DISM.
                                                         OF ENTIRE ACTION W PREJUDICE